UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

POLYWORKS, INC. :
:
v. : C.A. No. 06-524T
:
NEWELL RUBBERMAID INC. :
SANFORD NORTH AMERICA :
SANFORD LP :

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Plaintiff, PolyWorks, Inc. ("PolyWorks"), hereby moves this Honorable Court to allow the application of attorney Miriam A. Ross, Esq. to be admitted *Pro Hac Vice* in the above-captioned-case for the purpose of serving as co-counsel for PolyWorks with its primary trial attorney, William P. Devereaux, and other attorneys from Pannone Lopes & Devereaux LLC, counsel for the Plaintiff. This application is based on the following grounds:

1. Attorney Ross has represented PolyWorks, as outside corporate counsel since May, 2004, and has provided PolyWorks, a relatively small company with no in-house counsel, with advice and guidance on all significant legal matters, including all of its business development and commercial contracts. In the instant case, Ms. Ross was the legal advisor to the company on the development and supply relationship with Sanford and Newell Rubbermaid Inc. since 2004 which included work and advice on the contract that is the subject matter of this lawsuit. As such,

her participation in this litigation would substantively assist trial counsel in the preparation and trial of this case.

2. Attorney Ross is a member in good standing of the Bars of the States of Rhode Island, Michigan and Ohio and has been a member of the Rhode Island bar since 1987. Ms. Ross's CV is attached to this application and incorporated herein.

**Respectfully submitted**

**POLYWORKS, INC.**
By its attorney,

**PANNONE LOPES & DEVEREAUX LLC**

/s/William P. Devereaux
William P. Devereaux (#2241)
William E. O'Gara (#4257)
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com
wogara@pld-law.com

Dated: December 21, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the States of Rhode Island, Michigan and Ohio, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 12 months I have not appeared or applied to be admitted in any cases in t his district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Miriam A. Ross
Miriam A. Ross, Esq. (#3790)
Pro Hac Vice Applicant
41 Stadium Road
Providence, RI 02906
(401) 751-9954
maross@mrosslegal.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/William P. Devereaux
William P. Devereaux (#2241)
William E. O'Gara (#4257)
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com
wogara@pld-law.com

**ORDER**

This motion is hereby

__________________________________
District Judge

Dated: ____________________________

#3633