**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| POLYWORKS, INC., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00524-T-LDA |
| VS. | : | |
| | : | |
| NEWELL RUBBERMAID INC., SANFORD | : | |
| NORTH AMERICA and SANFORD LP, | : | |
| | : | |
| Defendants. | : | JANUARY 3, 2007 |

# NOTICE OF APPEARANCE

Please enter the Appearance of the undersigned, **JOSEPH K. SCULLY**, as attorney for the defendants, Newell Rubbermaid Inc., Sanford North America and Sanford LP in the above-captioned action.

DEFENDANTS, NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA and SANFORD LP

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on January 3, 2007 a copy of foregoing **Notice of Appearance** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)