**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| POLYWORKS, INC., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00524-T-LDA |
| VS. | : | |
| | : | |
| NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA and SANFORD LP, | : | |
| | : | |
| Defendants. | : | JANUARY 3, 2007 |

**STIPULATION TO EXTEND TIME**
**<u>IN WHICH TO RESPOND TO THE COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 6 and 12 and Local Rule 29(b), it is hereby stipulated by the parties that the time in which the Defendants Newell Rubbermaid Inc., Sanford North America, and Sanford LLP (collectively the "Defendants") shall have to respond to the Complaint filed in this matter shall be extended by thirty (30) days up through and including February 2, 2007.

PLAINTIFF, POLYWORKS LLC

/s/ William Devereaux

William Devereaux (#2241)
William O'Gara (#4257)
Pannone, Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (fax)

Miriam A. Ross (#3790)
41 Stadium Road
Providence, RI 02906
401) 751-9954

DEFENDANTS, NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA and SANFORD LP

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Its Attorneys

**CERTIFICATION OF SERVICE**

I hereby certify that on January 3, 2007 a copy of foregoing **Stipulation to Extend Time in Which to Respond to the Complaint** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)