UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| POLYWORKS, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-524T |
| | : | |
| NEWELL RUBBERMAID INC. | : | |
| SANFORD NORTH AMERICA | : | |
| SANFORD LP | : | |

**AFFIDAVIT OF SERVICE**

I, William P. Devereaux, Esquire of Pannone Lopes & Devereaux LLC, attorney for the Plaintiff in the above-captioned matter, being first duly sworn on oath deposes and says as follows:

1. I caused to be mailed a copy of the Summons and Complaint of this above-entitled matter to the Defendant, via certified mail, return receipt requested, on December 8, 2006, to:

Agent for Service
Newell Rubbermaid Inc.
Sanford North America
Corporation Process Company
1800 Cherokee Street, NE
Marietta, GA 30060

2. The original returned receipt of delivery is attached hereto as Exhibit A showing receipt of the Summons and Complaint by Defendant on December 12, 2006.

RESPECTFULLY SUBMITTED BY

**PLAINTIFF POLYWORKS LLC**
By its Attorneys,

**PANNONE, LOPES & DEVEREAUX LLC**

William Devereaux (#2241)
(Primary Trial Counsel)
William E. O'Gara (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com
wogara@pld-law.com

Miriam A. Ross, Esq. (#3790)
41 Stadium Road
Providence, RI 02906
401-751-9954
maross@mrosslegal.com

STATE OF PROVIDENCE
COUNTY OF PROVIDENCE

In Providence, William P. Devereaux, personally appeared before me, known by me to be the party executing this Affidavit, and on oath, subscribed and swore to this Affidavit on the 27th day of December, 2006.

Notary Public
My commission expires: 8/6/09

#3772