**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Agent for Service:
Newell Rubbermaid Inc.
Sanford North America
Corporation Process Company
1800 Cherokee St., NE
Marietta, GA 30060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X YD
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)
L. DAVIS

C. Date of Delivery
12-12-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*)

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540