**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Agent for Service:
Sanford, LP
CT Corporation
208 South LaSalle St., Ste 814
Chicago, IL 60604

2. Article Number
*(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

RECEIVED

B. Received by *(Printed Name)*

C. Date of Delivery

DEC 1 5 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CT SOP DEPT

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540