UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| POLYWORKS, INC., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00524-T-LDA |
| VS. | : | |
| | : | |
| NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA and SANFORD LP, | : | |
| | : | |
| Defendants. | : | JANUARY 9, 2007 |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants, Newell Rubbermaid Inc., Sanford North America and Sanford LP, hereby move that James H. Rotondo be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

DEFENDANTS, NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA and SANFORD LP

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0135
(860) 275-0343 (fax)

Its Attorneys

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s): the U.S. District Court for the District of Connecticut, the U.S. Courts of Appeals for the Second Circuit. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ James H. Rotondo ____________________
Signature of *Pro Hac Vice* Applicant
James H. Rotondo, (ct05173)
*jhrotondo@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
Phone (860) 275-0195
Fax (860) 275-0343

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
Tel. (860) 275-0135
Fax (860) 275-0343

**ORDER**

This motion is hereby ______________________________________________

____________________________________
District Judge
Dated:

**CERTIFICATION OF SERVICE**

I hereby certify that on January 9, 2007, a copy of foregoing **Motion for Admission Pro Hac Vice** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)