UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| POLYWORKS, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-524T |
| | : | |
| NEWELL RUBBERMAID INC., et al. | : | |

**STIPULATION TO EXTEND TIME**
**IN WHICH TO RESPOND TO COUNTERCLAIMS**

It is hereby stipulated by the parties that the time in which Plaintiff Polyworks, Inc. shall have to respond to the Counterclaims filed in this matter shall be extended by twenty (20) days up to and including March 15, 2007.

**POLYWORKS LLC**
By its Attorneys,

**PANNONE, LOPES & DEVEREAUX LLC**

/s/William P. Devereaux
William P. Devereaux (#2241)
William E. O'Gara (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com
wogara@pld-law.com

Miriam A. Ross, Esq. (#3790)
41 Stadium Road
Providence, RI 02906
401-751-9954
maross@mrosslegal.com

**NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA AND SANFORD LP**
By their Attorneys,

DAY PITNEY LLP

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
jkscully@daypitney.com

Dated: February 26, 2007

#4561