UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| POLYWORKS, INC., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00524-T-LDA |
| VS. | : | |
| | : | |
| NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA and SANFORD LP, | : | |
| | : | |
| Defendants. | : | JUNE 29, 2007 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of all of claims, counterclaims and causes of action asserted in this lawsuit, with prejudice, without the right to appeal and with each party bearing its own costs and attorneys' fees.

PLAINTIFF,

POLYWORKS LLC

/s/ William Devereaux
William Devereaux (#2241)
William O'Gara (#4257)
Pannone, Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (fax)

-and-

Miriam A. Ross, *pro hac vice*
41 Stadium Road
Providence, RI 02906
(401) 751-9954

Its Attorneys

DEFENDANTS,

NEWELL RUBBERMAID INC., SANFORD NORTH AMERICA and SANFORD LP

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@daypitney.com*
James H. Rotondo, *pro hac vice*
*jhrotondo@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on June 29, 2007, a copy of foregoing **Joint Stipulation of Dismissal** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing]. Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)